No. 246. MOSES ET AL. *v.* WASHINGTON ET AL. Appeal from Sup. Ct. Wash.;

No. 247. PUYALLUP TRIBE *v.* DEPARTMENT OF GAME OF WASHINGTON ET AL. Sup. Ct. Wash.;

No. 319. KAUTZ ET AL. *v.* DEPARTMENT OF GAME OF WASHINGTON ET AL. Sup. Ct. Wash.; and

No. 387. ASSINIBOINE AND SIOUX TRIBES OF THE FORT PECK INDIAN RESERVATION *v.* NORDWICK, EXECUTOR, ET AL. C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.

No. 241, Misc. NEVADA TAX COMMISSION *v.* THOMPSON, U. S. DISTRICT JUDGE, ET AL. C. A. 9th Cir. and D. C. Nev. Motion for leave to file petition for writ of certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Harvey Dickerson,* Attorney General of Nevada, for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Harold C. Wilkenfeld* for respondent Thompson et al.

No. 196, Misc. VNUK, AKA ANTHONY *v.* PITCHESS, SHERIFF. Motion for leave to file petition for writ of habeas corpus denied. *G. G. Baumen* on the motion.

No. 54, Misc. NELMS *v.* UNITED STATES; and

No. 391, Misc. DOW, AKA COREY *v.* ATTORNEY GENERAL OF THE UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States, in opposition in both cases.